

district court of the United States
Northern Indiana
5400 Federal Plaza, Hammond, IN 46320

-FILED-

OCT 2 5 2022

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CASE # 2:22CV293

Rhys mussman

Vs

D.A. Dodd Inc.
Scott M. Keller
Natasha A. Burkett
HSBC BANK USA NATIONAL ASSOCIATION

PETITION FOR REMOVAL FROM STATE COURT CASE # 46CO1-0707-PL-258

Rhys Mussman
105 Washington Street
Michigan City, IN 46360
Petitioner

D.A. DODD Inc
14 E Michigan St, Rolling
Prairie, IN 46371

Scott M. Keller
Tracey Steele Schafer Anderson Agostino & Keller, P.C.
131 South Taylor Street
South Bend, IN 46601

Natasha A. Burkett (# 28842-64)
Dykema Gossett PLLC
10 South Wacker Drive,
Suite 2300
Chicago, IL 60606

HSBC Mortgages
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Indiana State Bar Association
201 N. Illinois St., Suite 1225
Indianapolis, IN 46204

1

Indiana Bar Foundation
615 N. Alabama St. # 426
Indianapolis. In. 46204

Illinois State Bar Association
Chicago Regional Office
20 S. Clark St., Suite 900
Chicago, IL 60603-1802

Illinois Board of Admissions to the Bar
625 South College Street
Springfield, Illinois 62704

Defendants

TABLE OF CONTENT

| TITLES | PAGES |
|---|---|
| 1. TOP COURT HEADING | 1-2 |
| 2. TABLE OF CONTENT | 3 |
| 3. JURISDICTION OF DISTRICT COURT | 4 |
| 4. FOUNDATION FOR PROPER COURT JURISDICTION | 4-5 |
| 5. JURISDICTION EXPLAINED WHY dcUS not USDC | 5-6 |
| 6. RULING STATUTES | 6 |
| 7. PARTIES INVOLVED | 6-7 |
| 8. INTRODUCTION OF THE CASE. | 7-8 |
| 9. WHAT THE CASE IN COURT IN MY OPINION WAS ARGUED ON WAS THE VALUE OF THE MORTGAGE NOT THE BREACH OF CONTRACT | 8 |
| 10. FIRST POINT OF INJURY CLAIM | 8-10 |
| 11. SECOND POINT OF INJURY CLAIM | 10-11 |
| 12. THIRD POINT OF INJURY CLAIM | 11-12 |
| 13. FOUTH POINT OF INJURY CLAIM | 12-13 |
| 14. RELIEF | 13 |
| 15. CONCLUSION | 13-14 |
| 16. CERTIFICATE OF SERVICE | 15-16 |

## JURISDICTION OF DISTRICT COURT

The district court of the United States jurisdiction is explained in 28 USC 1332, 1441, 1446 and defined in 18 USC 3231. Unless it can be disproven that Indiana is not a State and the La Porte Circuit Court is not a State Court as explained in both 28 USC 1446 and 18 USC 3231

The United States District Court lack jurisdiction as defined in the Rules and procedure lay out below.

### 28 U.S. Code § 1332 - Diversity of citizenship; amount in controversy; costs

**(a)** The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between—
**(1)** citizens of different States;

### 28 U.S. Code § 1441 - Removal of civil actions

(a)Generally.—
Except as otherwise expressly provided by Act of Congress, any civil action brought in a **State court** of which the **district courts of the United States have original jurisdiction**, may be removed by the defendant or the defendants, to the **district court of the United States for the district and division** embracing the place where such action is pending.

### 28 U.S. Code § 1446 - Procedure for removal of civil actions

**(a)Generally.—** A defendant or defendants desiring to remove any civil action from a **State court shall** file in the **district court of the United States** for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

### FOUNDATION FOR PROPER COURT JURISDICTION

### 28 U.S. Code § 1291 - Final decisions of district courts

The courts of appeals (other than the United States Court of Appeals for the Federal Circuit) shall have jurisdiction of appeals from all final decisions of the **district courts of the United States,** the United States District Court for the District of the Canal Zone, the District Court of Guam, and the District Court of the Virgin Islands, except where a direct review may be had in the Supreme Court. The jurisdiction of the United States Court of

Appeals for the Federal Circuit shall be limited to the jurisdiction described in sections 1292(c) and (d) and 1295 of this title.

## 18 U.S. Code § 3231 - District courts

The **district courts of the United States shall have original jurisdiction,** exclusive of the **courts of the States**, of all offenses against the laws of the United States.

Nothing in this title shall be held to take away or impair the jurisdiction of the courts of the several States under the laws thereof.

## 28 U.S. Code § 610 - Courts defined

As used in this chapter the word "courts" includes the courts of appeals and district courts of the United States, the United States District Court for the District of the Canal Zone, the District Court of Guam, the District Court of the Virgin Islands, the United States Court of Federal Claims, and the Court of International Trade.

## JURISDICTION EXPLAINED WHY dcUS IS PROPER JURISDICTION AND NOT USDC

The Federal Enabling Act 28 USC chapter 131 as an Act of Congress H.R. 2633 -Rules enabling Act of 1985" created the Courts and the Rules regarding to court subject matter and jurisdictions.

Jurisdiction of the court is a vital operation of the Federal Court jurisdiction and boundaries and as 28 USC is the foundation by Act of Congress and by Article III supreme Court creation.

28 U.S. Code Part IV - JURISDICTION AND VENUE set out which district court jurisdiction under each section of law. 28 USC 1441, 1446 clearly defines district court of the United States not United States District Court when coming from a State Court. State Court is defined as to include the Superior Court of the District of Columbia.

28 USC 1291 again clearly defines that there is a difference between district court of the United State to that of the United States District Court as being a different Court,

18 USC 3231 clearly show when the of United States laws are in violation the **district court of the United States** has exclusive jurisdiction over all State courts and not the United States District Court.

28 USC 610 defines the name of the courts clearly show a distinction between district court of the United States to that of United States District Court.

The proper Court heading Unless the Clerk of Court or the Defendants can provide the Act of Congress or an Enabling Rule that has been created and posted United States District

5

Court is proper jurisdiction by Act of Congress and not district court of the United States place it into evident.

## RULING STATUTES

### 28 U.S. Code § 1652 - State laws as rules of decision

The laws of the several states, except where the Constitution or treaties of the United States or Acts of Congress otherwise require or provide, shall be regarded as rules of decision in civil actions in the courts of the United States, in cases where they apply.

**IC 32-28-3-3(b) 60 day rule;** (2) not later than sixty (60) days after performing labor or furnishing materials or machinery described in section 1 of this chapter.

**IC 5-16-6.5-5. Penalties for Breach of Contract.** Penalties for breach of contract; Sec. 5. (a) If a breach of contract occurs under section 4 of this chapter, the public agency shall suspend all payments to the contractor under that contract unless it determines that the contractor made a good faith effort to avoid the breach but was unable to do so.

**IC 26-1-3.1-603 Tender of payment** Sec. 603. (a) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument, the effect of tender is governed by principles of law applicable to tender of payment under a simple contract.
 (b) If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an endorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates.

**Indiana Court Rules 41 (E), 60 day Rule(E)** Failure to prosecute civil actions or comply with rules. Whenever there has been a failure to comply with these rules or when no action has been taken in a civil case for a period of sixty [60] days, the court, on motion of a party or on its own motion shall order a hearing for the purpose of dismissing such case.

## PARTIES INVOLVED

Plaintiff: Rhys mussman and non-corporate entity the owner of the house and a real party on interest

Defendants: D.A. DODD Inc is the owner of D.A. Dodd operator of the business and contractor operating under 15 USC Commerce and Trade
Scott M. Keller is the Attorney and operates as professional business under 15 USC Commerce and Trade

6

Natasha A. Burkett is the Attorney and operates as professional business under 15 USC Commerce and Trade and represented HSBC Mortgages

**HSBC Mortgages:** is a corporation doing business under 15 USC Commerce and Trade

**Indiana State Bar Association:** is a private association to members, promote justice and enhance the legal profession. Existing as a mutual benefit corporation under the Indiana Nonprofit Corporation Act of 1991 (the "Act") Amended November 6, 2009

**Indiana State Bar Foundation:** The Indiana Bar Foundation inspires and leads changes to improve civic education and legal assistance for all Hoosiers

**Illinois State Bar Association:** Founded in 1877, the Illinois State Bar Association is the premier legal association in the state. As a voluntary organization of more than 28,000 members, the Association aims to assist Illinois lawyers in the practice of law and to promote improvements in the administration of justice.

The Association engages in many important activities on behalf of the profession — among them proposing and shaping legislation, educating the public, and supporting the courts and the rule of law.

**Illinois Board of Admissions to the Bar:** The Illinois Board of Admissions to the Bar (Board) was established by the Illinois Supreme Court primarily to conduct the Illinois Bar Exam. This includes the processing of exam applications, the collection of exam fees, the administration of the examination and the supervision of exam grading. Additionally, the Board has the responsibility for approval of applications on motion, the licensing of foreign legal consultants, house counsel and legal service program attorneys, and the collection of related fees.

### INTRODUCTION OF THE CASE

Foundation of this case is a contract breach on workmanship. D.A. Dodd Inc. was hired to install an industrial heating and cooling in my new home. The agreed cost was around 2 million dollars. I paid just over 1.8 million for work done. The work was incomplete and neither the heating nor cooling worked properly.

D.A. Dodd decided to stop work and left for two years leaving work uncompleted knowing that there was a 1-year warranty on workmanship. After D.A. Dodd returned after 2 years to check back on the system to which D. A. Dodd place a mechanical Lien for the remaining balance of 250,000 dollars possibly on the advice of his lawyer.

D.A. Dodd was told before he stopped his work 2 years ago at that time around 2013 if he would complete, I would pay the remaining balance owed. He was told the same after he returned the 2 years later if he would complete what he started payment not an issue.

A Lawsuit to collect the remaining balance in 2021 well past the statute of limitation under Indiana IC 32-28-3-3(b) 60 day rule; and in violation of Indiana Court Rules 41 (E), 60 day Rule(E).

D.A. Dodd refused to complete his terms of the agreement to receive final payment under and upon his owe discretion to not to comply the project. Under Indiana Code and Federal Code as defined in UCC Tender of payment IC 26-1-3.1-603 he not able to collect but is consider having been paid in full.

Within the Indiana Codes IC 5-16-6.5-5. Penalties for Breach of Contract when a contractor fails to complete his obligations under an agreed contract, if he breaches such agreement / contract the final pay can be withheld until the contract if completed or they lost the final agreed payment. D.A. Dodd walked of the job site for 2 years leaving work uncompleted breaching the contract.

### WHAT THE CASE IN COURT IN MY OPINION WAS ARGUED ON WAS THE VALUE OF THE MORTGAGE NOT THE BREACH OF CONTRACT

### FIRST POINT OF INJURY CLAIM

8

The point of this case is consumer fraud and still is as D.A. Dodd was hired to install an industrial heating and cooling unit in my new home as it was being built from the ground up in 2013 to 2019 and still now in 2022 not correctly working.

The issue is the value of the property with a heating and cooling system that work properly to one that not doing the correct job and not the Equity in the home on the Mortgage from HSBC.

The appearance of the court action leaned more toward the Equity in the house and the value toward the liens and not the breach of contract that devalued the home. Under a consumer claim.

Attorney Natasha A. Burkett who represents HSBC Mortgage was more interested in addressing the Equity of the house instead of helping this party protect his home value and support the fact the HSBC Mortgage under a consumer payment to D.A. Dodd Inc. to put in this heating and cooling system that fails to operate properly.

HSBC had a vested interest if the heating and cooling system work correctly it added value to the home and as it is it has devalued the home and left part of the house unfinished.

Whereas both D.A. Dodd Company and HSBC Mortgage comes under Commerce and Trade to where the people become the consumers of their services.

HSBC Mortgage became a consumer as they loan the funded to this party to pay D.A. Dodd for his contract service to install a fully functionally heating and cooling system in my loan Mortgage home, HSBC has now become a victim for the funds loaned for a completed heating and cooling service now become a contract breach on a good faith Mortgage loan.

HSBC being the consumer by hiring Attorney Natasha A. Burkett to ensure the Mortgage loan given to this party to ensure the work done by D.A. Dodd Company would be in the best

9

interest of HSBC, to protect that loan /Equity and the value should have been Attorney Natasha A. Burkett first and top priority.

In court Attorney Natasha A. Burkett main interest appeared to be if there was enough equity value for a lien against the home instead of addressing the uncompleted work that devalue the home that HSBC hired her for to protect the interest of the Mortgage Loan.

## SECOND POINT OF INJURY CLAIM

Attorney Scott Keller being D.A. Dodd attorney being aware that his client Company D.A. Dodd Inc. did not comply with the loan agreement and did knowingly set out to cover up the breach of contract between the consumer myself and HSBC Mortgage and his client D.A. Dodd / D.A. Dodd Inc.

Attorney Scott Keller did knowingly set out to defraud HSBC and this party to collect on unfinished work by his client D.A. Dodd Inc. knowing that HSBC has loan the full amount to myself to pay the last portion of the work once completed.

Attorney Scott Keller being aware that his client walked off the job site for 2 years leaving the work uncompleted and being an Attorney was aware of the statute of limitation that any lien had to be placed on the home within the first 60 days of walking off the job.

Attorney Scott Keller being aware that a statute of limitation to prosecute your claim also had a time limit 60 days from when the case stopped. There was a 60-day rule, Rule 41if the case was not acted on the case was deem dropped.

Attorney Scott Keller being aware that this party has stated several times if D.A. Dodd would complete the job than D.A. Dodd Inc. would collect final pay.

This becomes consumer fraud by aiding his client D.A. Dodd to collect full amount on unfinished work as, Attorney Scott Keller did knowingly set out intentionally to defraud HSBC

10

by filing misleading paperwork to enrich himself and his client in court to collect on a loan that paid for a full working heating and cooling system put in by his client knowing it was uncompleted.

Attorney Scott Keller being an attorney and being aware, by misleading the court to collect unjust enrichment on uncompleted work would devalue the home upon which the loan valued was based on.

By misleading the court by address only the Equity value of the house and not the devaluing of the house or the breach of contract by D.A. Dodd becomes a direct intentional consumers violation with intent to devalue a home on a Mortgage loan value.

### THIRD POINT OF INJURY CLAIM

HSBC MORTGAGE being a party and having a vested interest as HSBC were the Loan Financing Company and failed to act in the best interest of this party to protect HSBC loan agreement with this consumer.

By allowing D.A. Dodd Inc to collect final payment on unfinished work when the loan agreement called for a fully functional heating and cooling system this becomes consumer fraud and create a loan devaluation on my Home.

Now to redo D.A. Dodd uncompleted work if the home is sold to repair would cost the new homeowner double or possibly triple thereby depreciate the value of my home by 2 to possibly 6 million dollars.

Under these condition HSBC has aided knowingly or unknowingly, willingly or unwillingly has devalued the loan agreement on the home that this consumer borrowed on.

11

This consumer would have to take a loss if the home sold and could have a unpaid balance of more then the home worth instead of higher equity value had D.A. Dodd Inc. completed their contract.

To mislead a new buyer on the condition of the heating and cooling system that it work perfectly, and this is how it was designed to function would be considered consumer fraud and misrepresentation.

There are disclosures laws on selling homes TITLE 32. PROPERTY ARTICLE 21. CONVEYANCE PROCEDURES FOR REAL PROPERTY CHAPTER 5. RESIDENTIAL REAL ESTATE SALES DISCLOSURE.

Because of Attorney Natasha A. Burkett representing HSBC in court HSBC has become a named defendant on possibly doing unfair loan practices and consumer fraud to lend with intend to defraud its investor.

## FOURTH POINT OF INJURY CLAIM

The State Bar and the Bar Association Illinois Board of Admissions to the Bar from Indiana and Illinois have a direct interest as Both Attorney Natasha A. Burkett and Attorney Scott Keller both claim to be members of these organization.

Both the State Bars and Association of Indiana and Illinois, State and or private organization play a big part to how both Attorneys operate in the court under their authority as member under a private membership with a license.

Both State Bar and Bar Association of Indiana and Illinois now become a party to this action on the grounds of membership as only Bar Attorney can practice law and represent a corporation.

Due to the relationship of these two organization to the Attorneys involved and the requirements to have a State Bar licensed member and a Bar Association membership of Indiana or Illinois to operate in a court.

Under the commerce and trade laws of this profession neither the State Bar or the Association of Indiana or Illinois cannot claim relief or claim they are not a party to this action when they have active members using their organization to practice.

### Relief

1. Sanction against the Attorneys for willful consumer fraud to devalue the home.
2. Full completion of the heat and cooling system at the expense of D.A. Dodd Inc to hire another company to complete the work or repair the issue.
3. The right to claim any lability insurance for damages to recover my time, expense and inconvenience and the loss of business deals not just here but worldwide.
4. This party will work up a business loss figure before the end of this action to turn in.
5. If the business expense is greater than the lability insurance then the greater for damage is required.

### Conclusion

As the consumer / borrower of the loan I had a right to expect good faith workmanship.

As the consumer / borrower I didn't expect uncompleted work and be expected to pay full price for it.

As the consumer / borrower I was not expecting HSBC Attorney Natasha A. Burkett to not defend and protect their employer HSBC best interest when they been told of the uncompleted work that would devalue the loan on the home.

As the consumer / borrower when I offer to pay the unpaid balance upon completion of the contract, I was not expecting to be in court sued for uncompleted work and have my home devalued or places on a courthouse step to be sold.

As the consumer / borrower I have the right to expect the value of my home to increase in value for profit, not devalue for a loss and still be expected to pay back the loan with interest for more then the home was devalued.

I demand a trial by jury and any other restitution this court deem right.

*Rhys Mussman* (signature)

Rhys Mussman
105 Washington Street
Michigan City, IN 46360

## CERTIFICATE OF SERVICE

I, Rhys Mussman file this Removal to the district court clerk of court on 2022 October on this day of _____ and to be Process served upon the defendants.

Rhys Mussman
105 Washington Street
Michigan City, IN 46360


Cc

D.A. DODD Inc
14 E Michigan St, Rolling Prairie, IN 46371

Scott M. Keller
Tracey Steele Schafer Anderson Agostino & Keller, P.C.
131 South Taylor Street
South Bend, IN 46601

Natasha A. Burkett  (# 28842-64)
Dykema Gossett PLLC
10 South Wacker Drive,
Suite 2300
Chicago, IL 60606

HSBC Mortgages
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Indiana State Bar Association
201 N. Illinois St., Suite 1225
Indianapolis, IN 46204

Roll of Attorneys Administrator
Office of Admissions & Continuing Education
251 N. Illinois Street, Suite 550
Indianapolis, IN 46204

Illinois State Bar Association
Chicago Regional Office
20 S. Clark St., Suite 900
Chicago, IL 60603-1802

Illinois Board of Admissions to the Bar
625 South College Street
Springfield, Illinois 62704